714

*David E. Lehman,* and *McNees, Wallace & Nurick,* for appellants; *Irwin Benjamin,* with him *Charles E. Wasilefski,* and *Hurwitz, Klein, Benjamin & Angino,* for appellees.

Order affirmed.

## Delaware Valley Carpeting Contractors, Inc. *v.* Leicht, et ux., Appellants.

order by RUFE, III, J. Argued June 9, 1975. *Paul R. Beckert, Jr.,* with him *Jackson, Bortner & Ballow,* for appellants; *A. Jay Molluso,* with him *Techner, Rubin & Shapiro,* for appellee.

Judgment affirmed.

## Derck et ux., Appellants, *v.* Paul et al.

opinion by KIVKO, P. J. Argued June 13, 1975. *Roger V. Wiest,* with him *Andrew K. Parker,* and *Wiest & Younkin,* for appellants; *Leonard R. Apfelbaum,* with him *Robert L. Walsh,* for appellees.

Order affirmed.

## Ent, Appellant, *v.* Kail.

Argued June 9, 1975. *David S. Ammerman,* for appellant; *Edward V. Cherry,* with him *Gleason and Cherry,* for appellee.

Order affirmed.